UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

V.

THOMAS ASARE

---

Hon. Freda L. Wolfson, U.S.D.J.

Case No. Cr. 09-317-01 (FLW)

<u>ORDER EXTENDING SURRENDER PERIOD</u>

**THIS MATTER** having been opened to the Court by counsel for defendant, on notice to and with the consent of AUSA Lee Vartan of the Office of the United States Attorney on behalf of the United States of America; and for good cause being shown:

IT IS on this 16th day of October, 2009

**HEREBY ORDERED** as follows:

1. The voluntary surrender date for defendant to begin serving his previously imposed sentence in this matter is hereby postponed from November 3, 2009 to January 4, 2010.

2. In Conjunction with the postponed surrender date, and to the extent possible, the Federal Bureau of Prisons is requested to consider designating a correctional institution in New Jersey as the facility in which defendant is to serve his sentence.

3. A copy of this Order shall be served promptly on the following:

(a) United States Attorney's Office
    Att'n: AUSA Lee Vartan

(b) United States Pretrial Services Office
    District of New Jersey

(c) United States Probation Office
    District of new Jersey

(d) Federal Bureau of Prisons
    Att'n: CI Moshannon Valley

*Freda L. Wolfson*
Hon. Freda L. Wolfson, U.S.D.J.